UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CEF FUNDING LLC,**
      **Plaintiff,**

v.                                                          **Case No. 06-C-405**

**JOSEPH A. ARAMANDA,**
      **Defendant.**

---

## DECISION AND ORDER

On March 22, 2007, plaintiff CEF Funding LLC filed an application for default judgment against defendant Aramada. On April 23, 2007, I found that defendant was in default and that the allegations of plaintiff's complaint, taken as true, established that defendant had breached a contract with plaintiff. However, while the damages sought appeared to be ascertainable from definite figures, I found that plaintiff had not filed sufficient documentation supporting its calculation and set a hearing date. On June 20, 2007, plaintiff filed a detailed affidavit and documentary evidence supporting a damages award of $3,617,925.23.

**Therefore,**

**IT IS ORDERED** that plaintiff's application for default judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk of court enter judgment against defendant Joseph A. Aramanda in the amount of $3,617,925.23.

**IT IS FURTHER ORDERED** that the presently-scheduled hearing is canceled.

Dated at Milwaukee, Wisconsin, this 25 day of June, 2007.

                                                      /s_____
                                                      LYNN ADELMAN
                                                      District Judge